IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**Christopher McLaughlin** *et al.*,

    **Plaintiffs,**

v.

**FORD MOTOR COMPANY and FRN of TULSA, LLC,**

    **Defendants.**

Case No. 21-cv-00096-JFH-CDL

## ORDER

Before the Court is the Motion to Dismiss ("Motion") [Dkt. No. 14] filed by Defendant FRN of Tulsa, LLC ("FRN"). This case was originally filed on January 27, 2021 in the District Court in and for Tulsa County, State of Oklahoma. The case was removed to this Court on March 3, 2021. Dkt. No. 2. In the Motion, FRN describes various alleged deficiencies in Plaintiffs' Complaint (delineated in state court as a petition).

Plaintiffs are invited, if they so desire, to file an amended complaint by **March 29, 2021,** providing additional factual averments which may vitiate FRN's claims of insufficiency.

Further, the Motion will be deemed **MOOT**, upon the filing of an Amended Complaint, without prejudice to re-filing.

DATED this 17th day of March, 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE